# EXHIBIT A-2

CAUSE NO. 24SC-00117-JP2    **FILED**
J.P. COURT

Scott Allder
**PLAINTIFF**

v. Arcosa Telecom Structures LLC
**DEFENDANT**

§ IN THE JUSTICE COURT         SEP 0 3 2024
§
§                              PRECINCT 2
§ PRECINCT NO. 2               BOWIE COUNTY, TX
§
§ BOWIE COUNTY, TEXAS

## PETITION: SMALL CLAIMS CASE

**Defendant(s) address:** 4020 Tull Ave, Muskogee, OK 74403

**COMPLAINT:** The basis for the claim which entitles Plaintiff to seek relief against Defendant is: damages against an individual or Contractor in violation of ADA laws for having a Service Animal on premises.

**RELIEF:** Plaintiff seeks: ☑ damages in the amount of $20,000, ☐ return of personal property as described as follows (be specific): _____, which has a value of $_____. Additionally, Plaintiff seeks the following: _____

**SERVICE OF CITATION:** Service is requested on Defendant(s) by: ☑ personal service at home or work, ☐ registered mail, ☑ certified mail, return receipt requested. If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other addresses where Defendant(s) may be served are: _____

☐ I hereby request a jury trial. The fee is $22 and must be paid at least 14 days before trial.

☐ I hereby consent for the answer and any other motions or pleadings to be sent to my email address as follows: _____

_____          _____
Plaintiff's Printed Name                 Signature of Plaintiff
                                         or Plaintiff's Attorney

**Defendant's Information** (if known):
Date of birth: _____
Last three digits of Driver License:_____
Last three digits of Soc. Sec. No.:_____
Phone No.:_____

2264 Hwy 259 N.
Address of Plaintiff
or Plaintiff's Attorney

DeKalb, Texas 75559
City            State           Zip

_____
Phone & Fax No. of Plaintiff
or Plaintiff's Attorney

FILED
J.P. COURT
SEP 0 3 2024
PRECINCT 2
BOWIE COUNTY, TX

DOCKET NO. **2HSC-00117-JP2**  DEFENDANT'S NAME: **Arcosa Telecom Structures LLC**

# AFFIDAVIT
SERVICE MEMBERS CIVIL RELIEF ACT SEC. 201 (b)
*To **VERIFY** Military Status go to website: https://scra.dmdc.osd.mil/scra/#/single-record

PLAINTIFF BEING DULY SWORN ON HIS OATH DEPOSES AND SAYS UNDER PENALTY OF PERJURY THAT DEFENDANT: **(Please select ONE for DEFENDANT)**

____  IS IN THE MILITARY SERVICE AND ON ACTIVE DUTY IN A FOREIGN COUNTRY

OR

____  IS IN THE MILITARY SERVICE AND NOT ON ACTIVE DUTY IN A FOREIGN COUNTRY

OR

__✓__  IS NOT IN THE MILITARY SERVICE
*(In addition to this affidavit you MUST provide proof of military status before a default judgment can be rendered).

OR

____  HAS WAIVED HIS RIGHTS UNDER THE SERVICE MEMBERS RELIEF ACT OF 2003

OR

____  PLAINTIFF IS UNABLE TO DETERMINE WHETHER OR NOT DEFENDANT IS IN MILITARY SERVICE AT THIS TIME
*(In addition to this affidavit you MUST provide proof of military status before a default judgment can be rendered).

*I am not providing proof of military status from the governmental website because:

_____
_____
_____

**FILED**
**J.P. COURT**
**SEP 0 3 2024**
**PRECINCT 2**
**BOWIE COUNTY, TX**

_____
SIGNATURE OF PLAINTIFF/AGENT/ATTORNEY FOR PLAINTIFF

SUBSCRIBED AND SWORN TO BEFORE ME THIS **3rd** DAY OF **Sept**, 20**24**.

_____
CLERK OF THE JUSTICE COURT
NOTARY PUBLIC IN AND FOR STATE OF TEXAS (STRIKE ONE)

Penalty for making or using false affidavit – A person who makes or uses an affidavit knowing to be false, shall be fined as provided in title 18 United States Code, or imprisoned for not more than one year, or both.

**\*\*CERTIFICATE OF LAST KNOWN ADDRESS\*\***

In strict compliance with Rule 503.1(d), Texas Rules of Civil Procedure, it is hereby certified that the last known mailing address of Defendant is as follows:

**4020 Tull Ave**                **Muskogee OK, 74403**
**\*\*DEFENDANT'S ADDRESS**           CITY, STATE, AND ZIP CODE

_____
SIGNATURE OF PLAINTIFF/AGENT/ATTORNEY FOR PLAINTIFF

Rev. 05/2018

